FILED
RICHARD W. NAGEL
CLERK OF COURT
2017 MAR 20 PM 1:16
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. |
| Plaintiff, | : | INFORMATION |
| vs. | : | 3:17cr-037 |
| **ROBERT PHELPS,** | : | WALTER HERBERT RICE |
| Defendant. | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about July 30, 2015, in the Southern District of Ohio, the defendant, **ROBERT PHELPS**, knowingly possessed matters which contain visual depictions that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, the producing of such visual depictions involved the use of prepubescent minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

BENJAMIN C. GLASSMAN
United States Attorney

*/s/ Andrew J. Hunt*
ANDREW J. HUNT
Assistant United States Attorney