# ARRAIGNMENT AND PLEA ON INFORMATION

Date: 4/13/2017

USA v.    Robert Phelps

CASE NUMBER: 3:17-cr-037

**Plaintiff's Attorney:** AUSA, Andrew Hunt  **Defendant's Attorney:** Scott A. Kelly

Defendant appeared with counsel.

Defendant's right to Grand Jury consideration and Indictment explained and Defendant stated he understood this right.

Defendant waived right to Indictment.

Waiver of Indictment form signed by Defendant and Defendant Counsel.

Defendant's constitutional rights explained and Defendant stated he understood rights.

Defendant waived constitutional rights.

Defendant sentencing guidelines range discussed and Defendant stated he understood possible sentence.

Statement of Facts read into record by   Judge Walter H. Rice.

Defendant acknowledged accuracy of Statement of Facts.

Plea agreement read into the record by AUSA Andrew Hunt .

Defendant entered a plea of            GUILTY            to Count(s)    1     .

Plea Agreement accepted by the court and made a permanent part of the record.

Defendant referred to Probation Department for Pre-sentence Investigation (PSI).

Bond: Bond previously set is continued pending further order of the court.

**SENTENCING SET FOR Tuesday, August 15, 2017 @ 2:00 pm . Defendant Sentencing Memo due by 10 days before sentencing; any response by Government due 3 days before sentencing.**

COURT REPORTER:        Debra Futrell                CONVENE:     3:56

DEPUTY CLERK:              Tisha Parker                   RECESS:         5:04