IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | : | CASE NO. 3:17 CR 037 |
|---|---|---|
| PLAINTIFF, | : | JUDGE WALTER H. RICE |
| VS. | : | |
| ROBERT PHELPS | : | JOINT MOTION TO CONTINUE SENTENCING HEARING |
| DEFENDANT. | : | |

Now comes the Plaintiff, United States of America, and the Defendant, Robert Phelps, by and through counsel, and respectfully request this Court continue the Sentencing Hearing scheduled for August 15, 2017 at 2:00 p.m. The psychological evaluation has not yet been completed. Counsel for Defendant would like an opportunity to review the psychological evaluation prior to sentencing as it may bear basis upon any sentencing memorandum. Further, the Prosecution and Counsel for Defendant desire time to come to an agreement on restitution in this matter.

WHEREFORE, Plaintiff, United States of America, and the Defendant, Robert Phelps, respectfully request that this Court reschedule the Sentencing Hearing scheduled for August 15, 2017 at 2:00 p.m.

Respectfully submitted,

*/s/ Scott A. Kelly*
_____
Scott A. Kelly (#0082280)
ROBERTS & KELLY, LLP
247 West Court Street
Sidney, Ohio 45365
937-497-0887
937-497-0363 Fax
scott.kelly@rklawyers.net
*Attorney for Defendant*

*/s/ Amy M. Smith*
_____
Amy M. Smith (#0081712)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
(937) 225-2564 Fax
amy.smith2@usdoj.gov
*Attorney for Plaintiff*