IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:17cr37 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| ROBERT PHELPS, | : | |
| Defendant. | : | |

### **AGREED ORDER**

This matter is before the Court on the Government's request for restitution on behalf of a minor victim identified for purposes of this Agreed Order as "Sarah."

The United States and the Defendant Robert Phelps have reached an agreement that Title 18, United States Code, Section 2259 requires the Court to impose restitution for any offense under Chapter 110, which applies to the conviction of possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2). There is no dispute between the parties that the Defendant possessed at least one image of child pornography depicting the above-identified minor.

The parties further agree that the victim seeking restitution in this case, is a victim as defined in Section 2259, that is, an individual "harmed as a result of a commission of a crime under this chapter [the Sexual Exploitation and Other Abuse of Children Chapter of Title 18]." *See* 18 U.S.C. § 2259(c).

**IT IS THEREFORE AGREED** by the parties that Defendant Robert Phelps is liable for a portion of the total harm/losses sought by the victim "Sarah." Accordingly, Defendant Robert Phelps agrees to pay $8,000.00 as restitution for the victim identified above. Restitution shall be paid to the Clerk of the United States District Court for the Southern District of Ohio, and shall then be distributed to the victim through her counsel: Carol L. Hepburn, P.S., 200 First Avenue West, Suite 550, Seattle, Washington, 98119. The specific payment details will be set forth in detail in the Judgment and Commitment Order.

                              **IT IS SO ORDERED.**

_____
JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT

**REVIEWED AND AGREED TO BY:**

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____
Amy M. Smith (0081712)
Assistant United States Attorney

_____
Robert Phelps
Defendant

_____
Scott A. Kelly
Counsel for Defendant Robert Phelps